



# MEMORANDUM OPINION

No. 04-09-00631-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Suzanne **HOFFMEISTER**, et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-05545
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:   December 16, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM